BEFORE THE THIRD DIVISION

SEPTEMBER 24, 1965

No. 69562.—Castelazo & Associates et al. v. United States, protests 63/10227(A), etc. (Los Angeles).— —Defendant's motion to set aside submission and to restore the cases to the calender granted.

SEPTEMBER 23, 1965

No. 69563.—APPEAL 5183.—Wilmington Shipping Company v. United States.—

174 affirmed June 17, 1965. C.A.D. 864.